```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE THIELHORN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00105-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| KRISTY ANGELA SANDOVAL, and JOHN PAUL MARTINEZ, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Kristy Angela Sandoval and John Paul Martinez, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 982(a)(6), defendants Kristy Angela Sandoval and John Paul Martinez' interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Compact Presario Computer Tower with serial number MXG29012X;

    b) Black computer tower, no serial number, and power cord; and

    c) HP Deskjet 5150 Printer with serial

1 | number M&3A44P5HG, and power cord.

2. The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6) in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   December 9, 2011**                /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE